UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR02-38-TSZ |
| Plaintiff, | |
| v. | **PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |
| LESLIE CHARLENE REISIG, | |
| Defendant. | |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on March 2, 2010. The defendant appeared pursuant to a summons issued in this case. The United States was represented by Kurt Hermanns, and defendant was represented by Jennifer Kaplan. Also present was U.S. Probation Officer Tom Fitzgerald. The proceedings were digitally recorded.

## SENTENCE AND PRIOR ACTION

Defendant was sentenced on March 28, 2003 by the Honorable Thomas S. Zilly for Conspiracy, Mail Fraud, Wire Fraud, and Bank Fraud. She received 51 months of detention and 5 years of supervised release.

## PRESENTLY ALLEGED VIOLATIONS

In a petition dated January 22, 2010, U.S. Probation Officer Brian Facklam alleged that

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE - 1

defendant violated the following conditions of supervised release:

1. Failing to pay restitution as directed in violation of special condition 4.

## FINDINGS FOLLOWING EVIDENTIARY HEARING

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing on March 18, 2010 at 1:30 p.m. before District Judge Thomas S. Zilly.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 2nd day of March, 2010.

BRIAN A. TSUCHIDA
United States Magistrate Judge